SUE CAMPBELL, SBN 98728
MATTHEW P. MINSER, SBN 296344
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> STEINY AND COMPANY, INC., A California Corporation <br><br> Defendant(s). | CASE NO.: 15-CV-01424-JCS <br><br> CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER <br><br> Date: July 10, 2015 <br> Time: 2:00 P.M. <br> Place: Courtroom G, 15th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until September 11, 2015. Settlement

negotiations are in progress and Plaintiffs expect the case to settle soon. Therefore, Plaintiffs request that the case be continued until September 11, 2015, for another Case Management Conference.

Respectfully submitted,

Dated: July 2, 2015

/S/
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to September 11, 2015, at 2:00 P.M., in Courtroom G, 15th Floor. Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.

Dated: 7/7/15

_____
JUDGE, UNITED STATES DISTRICT COURT
Judge Joseph C. Spero