SUE CAMPBELL, SBN 98728
MATTHEW P. MINSER, SBN 296344
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> STEINY AND COMPANY, INC., A California Corporation <br><br> Defendant(s). | CASE NO.: 15-CV-01424-JCS <br><br> CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER <br><br> Date: September 11, 2015 <br> Time: 2:00 P.M. <br> Place: Courtroom G, 15th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Plaintiffs have filed a request to enter default and plan to take a default judgment.

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

Funds. Plaintiffs would like to continue the case until November 13, 2015. Settlement negotiations were not successful. Plaintiffs have filed a Request to Enter Default concurrently with this Case Management Statement. Plaintiffs request 60 days to prepare the documents necessary for a default judgment against Defendant. Therefore, Plaintiffs request that the case be continued until November 13, 2015, for another Case Management Conference.

Respectfully submitted,

Dated: September 9, 2015

/S/
MATTHEW P. MINSER
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to November 13, 2015, at 2:00 P.M., in Courtroom G, 15th Floor. Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.

Plaintiff shall file a motion for default judgment within forty-five (45) days of this Order.

Dated: 9/10/15

JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero