UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEINY AND COMPANY INC,<br><br>    Defendant. | Case No. 15-cv-01424-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 28, 17 |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Motion for Default Judgment. Plaintiff served Stieny with a copy of the Report and Recommendation on May 9, 2016. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED IN PART. The Clerk shall enter judgment in accordance with the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: June 14, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge