UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN, et al., <br>     Plaintiffs, <br> v. <br> STEINY AND COMPANY INC, <br>     Defendant. | Case No. 15-cv-01424-HSG <br><br> **JUDGMENT** |

For the reasons set forth in Magistrate Judge Spero's Report and Recommendation Re Motion for Default Judgment filed on May 6, 2016 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered in favor of Plaintiffs in the amount of $6,261.02 in liquidated damages, $4,543.50 in attorneys' fees, and $420.00 in costs , for a total judgment against Steiny of $11,224.52.

Dated at Oakland, California, this 14th day of June, 2016.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.